**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Arsenio Carrillo Bustos,

Petitioner,

v.

Ryan Thornell, et al.,

Respondents.

No. CV-25-01714-PHX-KML

**ORDER**

On July 9, 2026, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending the court deny the petition for writ of habeas corpus and deny a certificate of appealability. (Doc. 37.) No objections were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 37) is **ADOPTED**. The petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

/

/

/

/

/

**IT IS FURTHER ORDERED** leave to proceed in forma pauperis and a certificate of appealability are **DENIED** because dismissal of the petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable.

Dated this 14th day of August, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**